FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 OCT -3 A 11: 04

## IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

**NICOLE BANKS**
8700 Temple Hill Road
Clinton, Maryland 20735

      **Plaintiff**

vs.

**SAFEWAY INC.**

    **SERVE:**   THE UNITED STATES
                 CORPORATION COMPANY
                 7 St. Paul Street, Suite 1660
                 Baltimore, Maryland 21202

      **Defendant**

PWG 13 CV 29 13

CAL13-24224
Case No.: _____

**FILED**

AUG 15 2013

CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGES COUNTY, MD.

*******************************************************************

### COMPLAINT

COMES NOW, the Plaintiff, Nicole Banks, by and through counsel, John P. Valente, III, Thomas V. Mike Miller, Jr., P.A., who files this Complaint and, for reasons therefore, states as follows:

### COUNT I
(Negligence)

1. That Plaintiff, Nicole Banks, is a resident of Prince George's County, Maryland.

2. That Defendant, Safeway Inc. (hereinafter "Safeway"), is a corporation duly authorized by the State of Maryland to do business and is doing business in Prince George's County, Maryland.

3. That on or about September 30, 2011, at approximately 12:30 p.m., Plaintiff, Nicole Banks, was lawfully on the premises owned and/or maintained by Defendant, Safeway, as an invitee at the subject property located in Prince George's County, Maryland.

4. That on the same date and time described herein, Plaintiff, Nicole Banks, was walking past the salad bar in the subject Safeway, whereupon she slipped on chopped eggs that were on the floor and fell to the ground, severely injuring herself.

5. That at all times referred to herein, Defendant, Safeway, by and through its agents, servants and/or employees, knew or should have known that the subject floor was in a hazardous and unsafe condition to those walking near the salad bar, including the Plaintiff.

6. That Defendant, Safeway, by and through its agents, servants and/or employees, had reasonable time to rid the floor of the dangers, hazardous and unsafe conditions and/or warn the Plaintiff of the dangerous, hazardous and unsafe conditions created by the chopped eggs on the floor, but Defendant, Safeway, failed to do so.

7. That at all times referred to herein, Defendant, Safeway, by and through its agents, servants and/or employees, had a duty to maintain the subject floor in a safe condition, to rid the floor of all dangerous, hazardous and unsafe conditions in a timely manner, to clean and/or remove the chopped eggs in a timely and/or complete manner, to warn the Plaintiff of all dangerous, hazardous and unsafe conditions, and otherwise act in a non-negligent manner.

8. That Defendant, Safeway, by and through its agents, servants and/or employees, breached its aforementioned duties owed to Plaintiff, Nicole Banks, in failing to maintain the subject floor in a safe condition, in failing to rid the subject floor of all dangerous, hazardous and unsafe conditions in a timely manner, in failing to clean and/or remove the chopped eggs in a timely and/or complete manner, in failing to warn the Plaintiff of dangerous, hazardous and unsafe conditions and otherwise acting in a negligent manner.

9. That as a direct and proximate result of the negligence of Defendant, Safeway, the Plaintiff, Nicole Banks, sustained severe, painful and permanent injuries to her body, as

well as severe and protracted shock to her nervous system, all of which have caused and will continue to cause her great pain and mental anguish.

10. That as a direct and proximate result of the negligent actions of Defendant, Safeway, Plaintiff, Nicole Banks, has been forced to expend and will continue to expend in the future, large sums of money from hospitalization, x-rays, doctors, nurses, medical treatment, and medications for the treatment of the aforementioned injuries to the Plaintiff, Nicole Banks.

11. That at no time relevant hereto was the Plaintiff, Nicole Banks, contributorily negligent nor did she assume the risk.

WHEREFORE, the Plaintiff, Nicole Banks, prays for judgment against the Defendant, Safeway, in the excess of Seventy Five Thousand Dollars ($75,000.00), plus interest and cost of this suit.

Respectfully submitted:

THOMAS V. MIKE MILLER, JR., P.A.

_____
John P. Valente, III
2200 Defense Highway, Suite 304
Crofton, Maryland 21114
(301) 856-3030
jvalente@tvmikemillerpa.com
Counsel for Plaintiff

## PRAYER FOR JURY TRIAL

The Plaintiff, Nicole Banks, prays for a trial by jury in the above-captioned case.

_____
John P. Valente, III